# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| QASIM A. BASHIR, | CIVIL NO. 05-1385 JMR/AJB |
| PETITIONER, | |
| V. | **ORDER** |
| SCOTT BANIECKE, FIELD DIRECTOR DETENTION AND REMOVAL, FOR BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, | |
| RESPONDENT. | |

---

Katherine Menendez, Assistant Federal Public Defender, on behalf of petitioner

Mary Jo Madigan, Assistant United States Attorney, on behalf of the government

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated May 23, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that Petition for writ of habeas corpus [Docket No. 1] is **denied as moot**.

Dated: <u>June 20, 2006</u>

                                                                                  s/James M. Rosenbaum
                                                                                  James M. Rosenbaum
                                                                                   Chief Judge , United States District Court